IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 09-35234-DOT |
| Brenda L.T. Jones } | |
| } | Chapter 13 |
| } | |
| Debtor(s) } | |

## Notice of Application for Compensation

Bruce W. White has filed papers with the Court seeking supplemental compensation in this bankruptcy case.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not wish the Court to grant the Relief sought in the Application, or if you want the Court to consider your views on the Application, then within 14 days from the date of service of this Notice (service is the date that the Notice was mailed to you), you or your attorney must

[ X ] File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H) explaining your position. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the fourteen (14) days expiration period stated above.

> United States Bankruptcy Court
> Eastern District of Virginia
> 701 E. Broad Street, Suite 4000
> Richmond, Virginia 23219-3515

You must also mail a copy to the following:

> Bruce W. White, Esquire
> Suite 402
> 7130 Glen Forest Dr.
> Richmond, VA 23226

[ ]    **Attend the preliminary hearing scheduled to be scheduled at a later date.**

If you, or your Attorney do not take these steps, the Court may decide that you do not oppose the Relief sought in the Motion, and may enter an Order Granting that Relief without holding a hearing.

> /s/ Bruce W. White
> Bruce W. White, Esquire
> Counsel for Debtor(s)

Bruce W. White, Esquire
7130 Glen Forest Dr., Ste 402
Richmond, VA 23230
(804) 288-4328
VA Bar No. 19840

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

**In the Matter of**:

Brenda L.T. Jones

Case No. 09-35234-DOT

Chapter 13

# APPLICATION FOR SUPPLEMENTAL COMPENSATION
# OF ATTORNEY FOR DEBTOR(S)

Bruce W. White, counsel for Debtor(s) hereby applies for approval and payment of supplemental compensation as attorney for the debtor in the amount of **$500.00** plus costs of $18.00.

1. The period covered by this application is for additional work not included in the initial no look fees through June 2, 2010.

2. Fees in the amount of $3,000.00 have either previously been paid by the debtor(s) or approved for payment through the Chapter 13 Plan.

3. Bruce W. White was admitted to practice law in 1984 and has been practicing for 24 years. The hourly rate charged by Bruce W. White is $250.00 (2/1/08 to 12/1/2009) and $300.00 per hour (12/2/2009 to present) for attorney time and $95.00 per hour for Paralegal time.

4. Pursuant to Bankruptcy Rule 2016(b), a Disclosure of Compensation of Attorney for Debtor(s) has been filed in this case and Notice of Filing of Rule 2016-1 Disclosure of Compensation was served on the Debtor, and the Standing Trustee pursuant to LBR 2016. No objection to the compensation requested in Disclosure Statement has been filed by either the standing Trustee or the Debtor(s).

5. Supplemental Compensation is requested for time relating to the following services:

    **Defense of Motion for Relief from Stay filed by Green Tree. This matter is billed as an uncontested matter which was settled between the Debtor(s) and the Lender by way of a Consent Order ($250)**

    **Defense of Motion for Relief from Stay filed by Wells Fargo. This matter is billed as an uncontested matter . ($250)**

6. Charges for copying and postage have been included for preparation and noticing of the fee application and any court appearances related to the application which have been calculated at $0.15 per copy and $0.44 for postage.

7. Bruce W. White has reviewed the Debtor's budget and believes that the Chapter 13 Plan provides sufficient reserves or may be extended in time so that payments requested herein may be made without prejudice to any creditor. The Chapter 13 Plan filed in the case provides the following language:    " The chapter 13 trustee is authorized to extend the term of the plan as necessary, in order to maintain the minimum percentage payout to unsecured creditors as set forth in the Chapter 13 Plan. "

          /s/ Bruce W. White
          Bruce W. White, Counsel for Debtor(s)

Bruce W. White, Esquire
7130 Glen Forest Dr, Suite 402
Richmond, VA  23226
(804) 288-4328
VA State Bar No. 19840

CERTIFICATE OF SERVICE

    I certify that I have on this  2nd  day of June 2010, transmitted a true copy of the foregoing Notice and Application electronically through the Court's CM/ECF system to the Chapter 13 Trustee and by regular mail to the US Trustee and to the Debtor(s) and all creditors listed on the attached Service List.

          /s/  Bruce W. White
          Counsel for Debtor(s)

Advance America
14346 Warwick Blvd.
Suite 368
Newport News, VA 23602-0000

Bayport Credit Union
3711 Huntington Ave.
Newport News, VA 23607-2295

Bayport Credit Union
3711 Huntington Ave.
Newport News, VA 23607-0000

Capital One Services
Attn: Bankruptcy Dept.
P. O. Box 85168
Richmond, VA 23285-0000

Cash Express of VA. Inc.
3762 Recoughtan Rd.
Hampton, VA 23666-0000

Check Smart
7001 Post Road
Suite 300
Dublin, OH 43016-8755

County of Surry
Personal Property Taxes
P. O. Box 286
Surry, VA 23883-0000

Credit Control Corp.
Sentara Hospital
P.O. Box 120568
Newport News, VA 23612-0568

Direct TV
P.O. Box 78626
Phoenix, AZ 85062-8626

Early Bailey Estates
Lot Space
Surry, VA 23883-0000

Great Lakes/Student Loan
P.O.Box 3059
Milwaukee, WI 53201-0000

Green Tree
Box 6172
Rapid City, SD 57709-0000

Lab Corp. of America Holdings
P.O. Box 2240
Burlington, NC 27216-2240

Office of the US Trustee
701 E. Broad Street
4th Floor
Richmond, VA 23219-0000

Verizon
Payment Processing Center
P.O. Box 2594
Waterloo, IA 50704-2594

Virginia Cash Advance
2001 H. Armstead Ave.
Suite A
Hampton, VA 23666-0000

Wells Fargo Auto Finance
Box 29704
Phoenix, AZ 85038-0000

Wells Fargo Financial
711 W Broadway
Tempe, AZ 85282-0000